AO 450 (SCD 04/2010)   Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Doris Jean Martin,<br>*Plaintiff*<br>v.<br><br>United States of America,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No.   3:17-cv-1191-DCC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the plaintiff, Doris Jean Martin, shall take nothing of the defendant, United States of America, from the complaint filed pursuant to 28 U.S.C. § 1331 and this action is dismissed.

This action was *(check one)*:

■ decided by the Honorable Donald C. Coggins, Jr., United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended granting defendant's motion to dismiss.

Date:   July 3, 2018                                           *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/A. Buckingham
                                                                        _____
                                                                        *Signature of Clerk or Deputy Clerk*